IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-01728-PAB-MJW

FRANCISCO ALTAMIRANO,

Plaintiff(s),

v.

CHEMICAL SAFETY AND HAZARD INVESTIGATION BOARD,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that Plaintiff's Motion to Amend Courtroom Minutes/ Minute Order for Scheduling Conference (docket no. 19) is GRANTED finding good cause shown.  **The deadline to join parties or amended the pleadings is extended to May 7, 2012.**  The Courtroom Minutes and the Rule 16 Scheduling both dated January 30, 2012, are amended consistent with this minute order.

Date:  March 19, 2012