IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-01728-PAB-MJW

FRANCISCO ALTAMIRANO,

Plaintiff(s),

v.

CHEMICAL SAFETY AND HAZARD INVESTIGATION BOARD,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Joint Motion for Entry of Protective Order (docket no. 33) is GRANTED finding good cause shown.  The written Protective Order (docket no. 33-1) is APPROVED as amended in paragraphs 9 and 11 and made an Order of Court.

Date:   October 4, 2012