# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

**Civil Action No.**   11-cv-01728-PAB-MJW           FTR - Courtroom A-502

**Date:**   April 10, 2013                          Courtroom Deputy, Ellen E. Miller

*Parties*                                            *Counsel*

FRANCISCO ALTAMIRANO,                                Barry D. Roseman  (by telephone)

   Plaintiff(s),

v.

CHEMICAL SAFETY AND HAZARD                           Timothy B. Jafek   (by telephone)
INVESTIGATION BOARD,

   Defendant(s).

## COURTROOM MINUTES / MINUTE ORDER

**HEARING**:   **TELEPHONIC MOTION   HEARING**
**Court in Session:**   10:00 a.m.
Court calls case.  Appearances of counsel.

The Court raises Plaintiff's Motion to Compel for argument.  Discussion is held regarding the motion with the parties noting issues have been resolved.  Therefore,

**It is ORDERED:**   Plaintiff's MOTION TO COMPEL [Docket No. **39**, filed February 11, 2013] is **DENIED as moot.**  A separate agreement between the parties has been made. The stipulation placed on the record is approved by the Court.  Defendant shall supplement its responses to Interrogatory number 4 and Interrogatory number 5 **on or before APRIL 19, 2013.**

Hearing concluded.
**Court in recess:**   10:26 a.m.
Total In-Court Time 00: 26

To order a transcript of this proceedings, contact  Avery Wood Reports   (303) 825-6119  or   Toll Free   1-800-962-3345.