# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

**Civil Action No.**   11-cv-01728-PAB-MJW     FTR - Courtroom A-502

**Date:**   June 06, 2013     Courtroom Deputy, Ellen E. Miller

| *Parties* | *Counsel* |
|---|---|
| FRANCISCO ALTAMIRANO, | Barry D. Roseman |
| Plaintiff(s), | |
| v. | |
| CHEMICAL SAFETY AND HAZARD INVESTIGATION BOARD, | Timothy B. Jafek |
| Defendant(s). | |

## COURTROOM MINUTES / MINUTE ORDER

**HEARING**:   **MOTIONS HEARING**
**Court in Session:**   9:35 a.m.
Court calls case. Appearances of counsel. Nonparty Movant Bureau of the Fiscal Service is represented by Timothy B. Jafek.

The Court raises Motion to Quash [Subpoena] by Nonparty Bureau of the Fiscal Service and the Motion for Protective Order by Nonparty Bureau of the Fiscal Service for argument.

Argument on behalf of Nonparty Bureau of Fiscal Service by Mr. Jafek.
Argument on behalf of plaintiff by Mr. Roseman.

**It is ORDERED:**   The parties shall file a brief STATUS REPORT **on or before JUNE 10, 2013.**

**It is ORDERED:**   Nonparty Movant's MOTION TO QUASH [SUBPOENA] BY NONPARTY BUREAU OF THE FISCAL [Docket No. **52**, filed April 23, 2013] is **TAKEN UNDER ADVISEMENT.**
The court will issue its written Order.

**It is ORDERED:**   Nonparty Movant's MOTION FOR PROTECTIVE ORDER BY NONPARTY BUREAU OF THE FISCAL SERVICE [Docket No. **54**, filed April 23, 2013] is **TAKEN UNDER ADVISEMENT.**
The court will issue its written Order.

Hearing concluded.

**Court in recess:**   10:09 a.m.
Total In-Court Time 00:34

To order a transcript of this proceedings, contact  Avery Wood Reports    (303) 825-6119  or     Toll Free    1-800-962-3345.