IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01728-PAB-MJW

FRANCISCO ALTAMIRANO,

    Plaintiff,

v.

CHEMICAL SAFETY AND HAZARD INVESTIGATION BOARD,

    Defendant.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order [Docket No. 149] of Judge Philip A. Brimmer entered on August 15, 2014, it is

**ORDERED** that the June 1, 2011 Final Order of the Merit Systems Protection Board in *Altamirano v. Chemical Safety Hazard Investigation Board*, R. at 3501-506 is AFFIRMED.  It is further

**ORDERED** that judgment is hereby entered in favor of defendant and against plaintiff and the case is dismissed.  It is further

**ORDERED** that defendant is **AWARDED** its costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and  D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 29th day of August, 2014

    FOR THE COURT
    JEFFREY P. COLWELL, CLERK

    By: s/Jennifer Hawkins
    Deputy Clerk